# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MARGARET PULLEN,<br>Petitioner,<br>vs.<br>CHUCK ALLEN,<br>Respondent. | No. 71313 |

FILED

NOV 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of habeas corpus challenges petitioner's confinement pursuant to a judgment of conviction.[1] Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. A challenge to the validity of the judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[2] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.            _____, J.
Hardesty                              Pickering

---

[1]Petitioner has not provided this court with a copy of her judgment of conviction and it is unclear whether she has been charged with or convicted of a criminal offense.

[2]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

16-35917

cc: Margaret Pullen
Attorney General/Carson City
Washoe District Court Clerk